1  GEOFFREY A. HANSEN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOSEPH BREGANTE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     )   No. CR-09 01025 MAG[LB]
                                   )
12 |          Plaintiff,            )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING STATUS
13 | vs.                            )   CONFERENCE DATE
                                   )
14 | JOSEPH BREGANTE                )
                                   )
15 |          Defendant.            )
   | _____)
16

17
        This matter presently is set for a status conference on July 2, 2012. Defense counsel is
18
   unavailable on that date due to Oakland duty calendar obligations. Based on conversations with
19
   U.S. Probation Officer Mark Unalp, Joseph Bregante is still doing well with his recovery and is
20
   compliant with his probation conditions. Officer Unalp does not object to continuing this matter
21
   as requested.
22
        For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
23
   August 23, 2012, for further status conference.
24

25

26

   STIP AND ORD                           1

Dated: June 29, 2012

/s/
_____
WILLIAM GULLOTTA
Special Assistant United States Attorney

Dated: June 29, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter is continued to August 23, 2012, at 9:30 a.m. for further status conference for the reasons stated in the foregoing stipulation.

Dated: July 2, 2012

_____
LAUREL BEELER
United States Magistrate Judge