1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOSEPH BREGANTE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-09 01025 MAG[LB]
                                   )
12              Plaintiff,         )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING APPEARANCE
13 vs.                             )   DATE
                                   )
14 JOSEPH BREGANTE,                )
                                   )
15              Defendant.         )
   _____ )
16

17     Joseph Bregante is scheduled to appear in this Court on August 23, 2012, in connection

18 with a Form 12 alleging violations of his supervised release. Both defense counsel and the

19 probation officer will be unavailable to appear on this date due to scheduling conflicts. For this

20 reason, IT IS STIPULATED AND AGREED that Mr Bregante's appearance in this matter be

21 continued to September 13, 2012, at 9:30 a.m. before United States Magistrate Laurel Beeler in

22 San Francisco. The probation officer has confirmed that someone from his office will be

23 available on that date.

24     SO STIPULATED.

25

26

STIP AND ORD                          1

Dated: August 22, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: August 22, 2012

/s/
_____
WILLIAM GULLOTTA
Assistant United States Attorney

    Good cause appearing therefor, IT IS ORDERED that Joseph Bregante's appearance in this matter be continued to September 13, 2012, at 9:30 a.m. before United States Magistrate Laurel Beeler in San Francisco.

Dated: August  22 , 2012

_____
LAUREL BEELER
United States Magistrate Judge

STIP AND ORD      2